WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net

*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for the Certificateholders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset-Backed Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-WM1, ASSET-BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01515-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 11-13]**<br><br>**[First Request]**<br><br><br>ECF No. 16 |

COMES NOW Plaintiff, HSBC Bank USA, National Association, as Trustee for the Certificateholders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset-Backed Pass-Through Certificates ("HSBC Bank"), Defendants Fidelity National Title Insurance Company ("FNTIC") and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency"),

and Specially-Appearing Defendant Fidelity National Title Group, Inc. ("FNTG") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 14, 2020, HSBC Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-819620-C;
2. On August 17, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];
3. On September 15, 2020, FNTIC filed a Motion to Dismiss [ECF No. 11];
4. On September 15, 2020, Fidelity Agency filed a Motion to Dismiss [ECF No. 12];
5. On September 15, 2020, FNTG filed a Motion to Dismiss [ECF No. 13];
6. HSBC Bank's deadline to respond to all pending Motions to Dismiss is currently September 29, 2020;
7. HSBC Bank's counsel is requesting an extension until Thursday, October 29, 2020, to file its response to all pending Motions to Dismiss;
8. This extension is requested to allow counsel for HSBC Bank additional time to review and respond to the points and authorities cited to in the Motions;
9. Counsel for FNTIC, Fidelity Agency and FNTG does not oppose the requested extension;

///
///
///
///
///
///
///

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 25th day of September, 2020. | DATED this 25th of September, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Robbins<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for the Certificateholders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset-Backed Pass-Through Certificates* | /s/ Kevin S. Sinclair<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Boulevard, Suite 400<br>Encino, California 91436<br>*Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this  26  day of September, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE