parsecutido

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for the Certificateholders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset-Backed Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-WM1, ASSET-BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-01515-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 11-13]**<br><br>**[Second Request]**<br><br><br>ECF No. 23 |

Plaintiff, HSBC Bank USA, National Association, as Trustee for the Certificateholders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset-Backed Pass-Through Certificates ("HSBC Bank"), Defendants Fidelity National Title Insurance Company ("FNTIC") and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency"), and Specially-

Appearing Defendant Fidelity National Title Group, Inc. ("FNTG") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 14, 2020, HSBC Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-819620-C;

2. On August 17, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On September 15, 2020, FNTIC filed a Motion to Dismiss [ECF No. 11];

4. On September 15, 2020, Fidelity Agency filed a Motion to Dismiss [ECF No. 12];

5. On September 15, 2020, FNTG filed a Motion to Dismiss [ECF No. 13];

6. On September 26, 2020, this Court granted the Parties' Stipulation and Order to Extend Time Period to Respond to Motions to Dismiss [ECF Nos. 11-13] [First Request [ECF No 18];

7. HSBC Bank's deadline to respond to all pending Motions to Dismiss is currently October 29, 2020;

8. HSBC Bank's counsel is requesting an additional thirty-two (32) day extension until Monday, November 30, 2020, to file its response to all pending Motions to Dismiss;

9. This extension is requested to allow counsel for HSBC Bank additional time to prepare and finalize these responses due to Counsel's overburdened schedule;

10. Counsel for FNTIC, Fidelity Agency and FNTG does not oppose the requested extension;

///
///
///
///
///
///
///
///
///

11. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 26th day of October, 2020. | DATED this 26th of October, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for the Certificateholders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset-Backed Pass-Through Certificates* | */s/ Kevin S. Sinclair*<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Boulevard, Suite 400<br>Encino, California 91436<br>*Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada, Inc.* |

**ORDER**

    **Based on the parties' stipulation [ECF No. 23], IT IS SO ORDERED.  The parties are cautioned, however, that counsel's workload and competing calendar demands will not be deemed good cause for additional extensions of this deadline.**

            _____
**U.S. District Judge Jennifer A. Dorsey**
**Dated: October 29, 2020**