Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br>                    Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br>                    Defendants. | Case No.: 2:20-CV-01515-JAD-BNW <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO OPPOSITIONS TO MOTIONS TO DISMISS AND COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 32, 33, 35, 36)** <br><br> **(FIRST REQUEST)**   ECF No. 39 |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff HSBC Bank USA, N.A. ("HSBC"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On September 15, 2020, Fidelity and fellow defendants Fidelity National Title Group Inc. ("FNTG") and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency")

1 filed their motions to dismiss (ECF Nos. 11, 12, 13.);

2       2.    On November 30, 2020, HSBC filed its responses to Fidelity, FNTG, and Fidelity Agency's motions to dismiss (ECF Nos. 32, 33, 35) and filed a countermotion for partial summary judgment (ECF No. 36);

       3.    Fidelity, FNTG, and Fidelity Agency's deadline to respond to the oppositions to the motions to dismiss and countermotion for partial summary judgment is currently December 7, 2020;

       4.    Fidelity, FNTG, and Fidelity Agency request a brief extension of time to respond to the various motions, until December 21, 2020, to afford Fidelity, FNTG, and Fidelity Agency additional time to respond to the legal arguments set forth in HSBC's motions;

       5.    HSBC does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity, FNTG, and Fidelity Agency's deadline to respond to HSBC's oppositions to the motions to dismiss (ECF Nos. 32, 33, 35) and countermotion for partial summary judgment (ECF No. 36) is hereby extended through and including December 21, 2020.

Dated:  December 1, 2020                    SINCLAIR BRAUN LLP


By:  /s/-Kevin S. Sinclair
  KEVIN S. SINCLAIR
  Attorneys for Defendant
  FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  December 1, 2020                    WRIGHT FINLAY & ZAK, LLP


By:  /s/-Darren T. Brenner
  DARREN T. BRENNER
  Attorneys for Plaintiff
  HSBC BANK USA, N.A.

**IT IS SO ORDERED.**

Dated this  7th  day of  December , 2020.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

